UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Ryan Burns, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:14-cv-02208-PKH |
| v. ) ) | |
| Toyota Motor Sales, U.S.A., Inc., a California corporation, ) ) ) | Hon. P.K. Holmes, III |
| Defendant. ) | |

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Fed. R. Civ. P. 56(c)(2) and Local Rule 56.1, plaintiff Ryan Burns ("Burns"), individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby submits the following Statement of Undisputed Material Facts in support of his Opposition to Defendant's Motion for Summary Judgment.

Burns submits that the following material facts are undisputed:

1. In early February 2014, Burns first noticed a noise coming from his 2005 Toyota Tacoma vehicle that he later determined to be the vehicle's fan hitting the vehicle's fan shroud. Affidavit of Ryan Burns ¶ 3("Burns Aff.).

2. On February 12, 2014, Burns took his vehicle to Rhodes Chevrolet in Van Buren, Arkansas, because he thought the reason for the fan hitting the fan shroud was a broken motor mount. Burns Aff. ¶ 3. Rhodes Chevrolet inspected Burns' vehicle, replaced the motor mount, and advised that there was excessive frame rust that caused a frame failure such that the motor dropped approximately two inches causing the motor mount to break. Burns Aff. ¶ 3.

3. On February 24, 2014, Burns' Tacoma vehicle was inspected by Chris Arnold, a certified Toyota Technician, who stated that there was excessive frame rust causing the frame and motor mount issues resulting in the fan hitting the fan shroud. Burns Aff. ¶ 4.

4. Chris Arnold, a Toyota certified mechanic, and representatives of Gary's Auto Collision, Inc., told Burns that his Tacoma vehicle was unsafe to drive, as was apparent due to the motor tilting approximately 2 inches to one side and the transmission likewise tilting. Burns Aff. ¶ 5.

5. J. Pauley Toyota informed Burns that replacing the frame on his Tacoma vehicle would cost from $10,000 to $12,000. Burns Aff. ¶ 6.

6. Aside from periodically starting the vehicle to lubricate the engine, Burns' Tacoma vehicle has not been driven. Burns Aff. ¶ 7. The vehicle remains in Burns' backyard and is essentially worthless to him as both a personal transportation vehicle and for resale. Burns Aff. ¶ 7.

7. Burns has not received a free rental vehicle from Toyota since he has been without the use of his Tacoma vehicle. Burns Aff. ¶8.

8. Burns purchased a used 2005 Chevrolet Blazer to facilitate his transportation needs. Burns Aff. ¶ 8.

9. Prior to and at the time of purchasing his Tacoma vehicle, Burns received documents containing representations from Toyota. Burns Aff. ¶ 9. None of the documents disclosed that Burns' Tacoma vehicle was equipped with a frame prone to exhibiting severe rust perforation. Burns Aff. ¶ 9.

Dated: July 17, 2015

Respectfully submitted,

s/ Ben Barnow_____

Ben Barnow (admitted *pro hac vice*)
Erich P. Schork (admitted *pro hac vice*)
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, Illinois 60002
Tel: (312) 621-2000

Phillip J. Milligan
Milligan Law Offices
500 South 16th Street
Fort Smith, Arkansas 72901
Tel: (479) 783-2213

Michael L. Roberts
Roberts Law Firm, P.A.
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel: (501) 821-5575

*Attorneys for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    Peter W. Herzog, III
    Bryan Cave LLP
    211 N. Broadway, Suite 3600
    St. Louis, MO 63102
    (314) 259-2353
    (314) 552-8353 (fax)
    pwherzog@bryancave.com

    Edwin L. Lowther, Jr.
    Wright, Lindsey & Jennings LLP
    200 W. Capitol Avenue, Suite 2300
    Little Rock, AR 72201-3699
    (501) 371-0808
    elowther@wlj.com

*Counsel for defendant Toyota Motor Sales U.S.A., Inc*

    s/ Ben Barnow_____

    Ben Barnow (admitted *pro hac vice*)
    Barnow and Associates, P.C.
    One North LaSalle Street, Suite 4600
    Chicago, Illinois 60002
    Tel: (312) 621-2000