IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


RYAN BURNS, individually and                                    PLAINTIFF
on behalf of all others similarly situated

V.                                    2:14-CV-02208

Toyota Motor Sales, U.S.A, Inc.                                  DEFENDANT


## <u>CLERK'S ORDER OF DISMISSAL</u>

The plaintiffs have filed a Stipulation for Dismissal (document #84) pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

IT IS ORDERED that the plaintiff's complaint is hereby dismissed with prejudice.



AT THE DIRECTION OF THE COURT
DOUGLAS F. YOUNG, CLERK


By: /s/ Michelle J. McEntire
        Deputy Clerk